1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   LAI L. YIP, Cal. Bar No. 258029
3  SHANNON Z. PETERSEN, Cal. Bar No. 211426
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947
   Email:        lyip@sheppardmullin.com
6                spetersen@sheppardmullin.com

7  CROWE & DUNLEVY
   THOMAS B. SNYDER, Cal. Bar No. 211230
8  20 North Broadway, Suite 1800
   Oklahoma City, Oklahoma 73102
9  Telephone:    405.234.3254
   Facsimile:    405.272.5271
10 Email:        thomas.snyder@crowedunlevy.com

11 Attorneys for Defendant
   PRE-PAID LEGAL SERVICES, INC., now
12 known as LEGALSHIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MICHAEL SAVETSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC., dba LegalShield, an Oklahoma Corporation,<br><br>Defendant. | Case No. 3:14-cv-3514-SC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br>IS SO ORDERED AS MODIFIED<br>Complaint Filed:  July 3, 2014 |
|---|---|

1  Having reviewed the Administrative Motion for Relief from Case Management
2  Schedule filed by Defendant Pre-Paid Legal Services, Inc., now known as LegalShield,
3  and good cause being shown,

4  **IT IS ORDERED** that the Administrative Motion for Relief from Case
5  Management Schedule is GRANTED, as follows: (1) the initial Case Management
6  Conference is continued to **Friday, January 30, 2015, at 10:00 a.m**.; (2) the deadline for
7  the Rule 26(f) Report, Rule 26 initial disclosures, and initial Case Management Statement
8  are continued accordingly; and (3) the deadline to meet and confer under Rule 26(f) is
9  continued accordingly.

10  **IT IS SO ORDERED AS MODIFIED.**

11  Dated: ___10/22/2014_____

    _____
    Honorable Judge Samuel Conti

    *[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Samuel Conti — United States District Court, Northern District of California]*