SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LAI L. YIP, Cal. Bar No. 258029
SHANNON Z. PETERSEN, Cal. Bar No. 211426
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:     lyip@sheppardmullin.com
           spetersen@sheppardmullin.com

CROWE & DUNLEVY
THOMAS B. SNYDER, Cal. Bar No. 211230
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102
Telephone:  405.234.3254
Facsimile:  405.272.5271
Email:     thomas.snyder@crowedunlevy.com

Attorneys for Defendant
PRE-PAID LEGAL SERVICES, INC., now known as LEGALSHIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVETSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC., dba LegalShield, an Oklahoma Corporation,<br><br>Defendant. | Case No. 3:14-cv-03514-SC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>**[LOCAL RULES 7-11 and 16-2(d)]**<br><br>Complaint Filed:  July 3, 2014 |

1    Having reviewed the Stipulated Administrative Motion for Relief from Case
2 Management Schedule filed by Defendant Pre-Paid Legal Services, Inc., now known as
3 LegalShield, and good cause being shown,

4    **IT IS ORDERED** that the Stipulated Administrative Motion for Relief from Case
5 Management Schedule is GRANTED, as follows: (1) the initial Case Management
6 Conference is continued until February 20, 2015 at 10:00 a.m; (2) the deadline for the Rule
7 26(f) Report, Rule 26 initial disclosures, and initial Case Management Statement is
8 continued until one week before the continued initial Case Management Conference; and
9 (3) the deadline to meet and confer under Rule 26(f) is continued until two weeks before
10 the continued initial Case Management Conference.

11    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 Dated: 01/12/2015

Honorable Samuel Conti