SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
LAI L. YIP, Cal. Bar No. 258029
SHANNON Z. PETERSEN, Cal. Bar No. 211426
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　415.434.9100
Facsimile:　415.434.3947
Email:　　　lyip@sheppardmullin.com
　　　　　　spetersen@sheppardmullin.com

CROWE & DUNLEVY
THOMAS B. SNYDER, Cal. Bar No. 211230
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102
Telephone:　405.234.3254
Facsimile:　405.272.5271
Email:　　　thomas.snyder@crowedunlevy.com

Attorneys for Defendant
PRE-PAID LEGAL SERVICES, INC., now known as LEGALSHIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVETSKY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRE-PAID LEGAL SERVICES, INC., dba LegalShield, an Oklahoma Corporation,<br><br>　　　　Defendant. | Case No. 3:14-cv-03514-SC<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED ADMINISTRATIVE RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>**[LOCAL RULES 7-11 and 16-2(d)]**<br><br>Complaint Filed:  July 3, 2014 |

1  Having reviewed the Stipulated Administrative Motion for Relief from Case
2  Management Schedule filed by Defendant Pre-Paid Legal Services, Inc., now known as
3  LegalShield, and good cause being shown,
4  **IT IS ORDERED** that the Stipulated Administrative Motion for Relief from Case
5  Management Schedule is GRANTED, as follows:  (1) the initial Case Management
6  Conference, currently scheduled for February 20, 2015, is continued until April 17, 2015 at
7  10:00 a.m.; (2) the deadline for the Rule 26(f) report, Rule 26 initial disclosures, and initial
8  Case Management Conference statement is continued until one week before the continued
9  initial Case Management Conference; and (3) the deadline to meet and confer under Rule
10  26(f) is continued until two weeks before the continued initial Case Management
11  Conference.
12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 02/09/2015

