UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAVETSKY,

    Plaintiff,

    v.

PRE-PAID LEGAL SERVICES, INC.,

    Defendant.

Case No. 14-cv-03514-WHO

**ORDER REQUIRING STATUS REPORTS**

This action was recently transferred to me. It is currently stayed in this court, pending arbitration. The parties are ORDERED to submit a joint status report on February 1, 2016, and every six months thereafter. The report shall briefly describe the status of the arbitration and any relevant upcoming events. The parties shall also notify the Court within ten days of the conclusion of the arbitration or the settlement of this matter.

**IT IS SO ORDERED**.

Dated: November 10, 2015



WILLIAM H. ORRICK
United States District Judge