UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAVETSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>PRE-PAID LEGAL SERVICES, INC.,<br><br>    Defendant. | Case No. 14-cv-03514-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. No. 70 |

This case was ordered to arbitration by the Hon. Samuel Conti in July, 2015. Dkt. No. 66. The Joint Status Report of the parties dated Feb. 1, 2016 indicates that arbitration has not been demanded. Dkt. No.70. By April 5, 2016, plaintiff shall either provide notice to the Court that he has initiated the arbitration or otherwise file a declaration that shows cause why this action should not be dismissed because of his failure to prosecute. In the latter event, the parties shall participate in a telephonic Case Management Conference on April 12, 2016 at 2 p.m., or as soon thereafter as the case is called.

**IT IS SO ORDERED**.

Dated: March 10, 2016

WILLIAM H. ORRICK
United States District Judge