Todd A. Seaver (SBN 271067)
Victor S. Elias (SBN 262269)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile: (415) 433-6282
Email: tseaver@bermandevalerio.com
        velias@bermandevalerio.com

Julian Hammond (SBN 268489)
Ari Cherniak (SBN 290071)
**HAMMOND LAW, PC**
1829 Reisterstown Rd., Suite 410
Baltimore, MD 21208
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
Email: jhammond@hammondlawpc.com
Email: acherniak@hammondlawpc.com

*Attorneys for Plaintiff Michael Savetsky and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SAVETSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC., dba LegalShield, an Oklahoma Corporation,<br><br>Defendant. | Case No. 3:14-cv-03514-WHO<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

1    Plaintiff Michael Savetsky ("Plaintiff") and Defendant Pre-Paid Legal Services, Inc.,
2    d.b.a. LegalShield, pursuant to Federal Rule of Civil Procedure 41, stipulate to the voluntary
3    dismissal of the above-captioned case, with prejudice as to Plaintiff and without prejudice as to
4    any other member of the putative Class, and with each party bearing its own costs.

5    Dated:  March 14, 2016                    **BERMAN DeVALERIO**

6                                              By:   *s/Todd A. Seaver*
                                                     Todd A. Seaver
7
                                               Todd A. Seaver
8                                              Victor S. Elias
                                               A. Chowning Poppler
9                                              One California Street, Suite 900
                                               San Francisco, CA 94111
10                                             Telephone:  (415) 433-3200
                                               Facsimile:   (415) 433-6282
11                                             Email: tseaver@bermandevalerio.com
                                                      velias@bermandevalerio.com
12                                                    cpoppler@bermandevalerio.com

13                                             Julian Hammond
                                               Ari Cherniak
14                                             **HAMMOND LAW, PC**
                                               1829 Reisterstown Rd., Suite 410
15                                             Baltimore, MD 21208
                                               Telephone: (310) 601-6766
16                                             Facsimile: (310) 295-2385
                                               Email: jhammond@hammondlawpc.com
17                                             Email: acherniak@hammondlawpc.com

18                                             *Attorneys for Plaintiff Michael Savetsky*
                                               *and the Putative Class*
19

20   Dated:  March 14, 2016                    **SHEPPARD, MULLIN, RICHTER &**
                                               **HAMPTON LLP**
21
                                               By:   *s/Shannon Z. Petersen*
22                                                   Shannon Z. Petersen

23
                                               Shannon Z. Petersen
24                                             Four Embarcadero Center, 17th Floor
                                               San Francisco, California 94111-4109
25                                             Telephone: 415.434.9100
                                               Facsimile: 415.434.3947
26                                             Email: spetersen@sheppardmullin.com

27                                             *Attorneys for Defendant Pre-Paid Legal Services,*
                                               *Inc., now known as Legalshield*
28

**E-Filing Attestation**

I, Shannon Z. Petersen, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Todd A. Seaver has concurred in and authorized this filing.

                                        *s/Shannon Z. Petersen*
                                        Shannon Z. Petersen

# ORDER

Pursuant to the stipulation of the parties and and good cause being shown, **IT IS ORDERED that**:

the above-captioned case is dismissed with prejudice as to Plaintiff and without prejudice as to any other member of the putative Class, and with each party bearing its own costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  March 16, 2016

_____
The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE